■ GEORGE MOTLER et al., Appellants, v AMSURE ASSOCIATES, INC., Respondent.—Appeal from an order and judgment of the Supreme Court (Ford, J.), entered April 8, 1986 in Albany County, which, inter alia, granted defendant's cross motion for summary judgment dismissing the complaint.

Order and judgment affirmed, with costs, upon the opinion of Justice William L. Ford. Mahoney, P. J., Main, Mikoll, Levine and Harvey, JJ., concur.